UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE GONZALES,<br><br>Defendant. | Case No: CR24-00080-KKE-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND APPEARANCE BOND |

Defendant Nicole Gonzales filed a motion to amend her pretrial release conditions and appearance bond. Dkt. No. 47. Neither the Government nor Pretrial Services opposes the motion. *See* Dkt. No. 49.

Having considered Defendant's motion and the remaining record, the Court finds it appropriate to amend Defendant's conditions of release under 18 U.S.C. § 3142(c)(3). The Court therefore GRANTS Defendant's motion (Dkt. No. 47) and amends her pretrial release conditions and appearance bond as follows:

1. An extension of her curfew until 11:59 p.m. on 12/21/2024 for the purpose of attending an annual holiday family gathering in Renton, Washington.

ORDER AMENDING CONDITIONS OF
RELEASE AND APPEARANCE BOND

2. Permission to travel to Spokane, Washington, from 12/31/2024 – 01/02/2025, to spend time with her son on his birthday.

Dated this 20th day of December, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER AMENDING CONDITIONS OF
RELEASE AND APPEARANCE BOND