UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br>v.<br><br>NICOLE GONZALES,<br><br>    Defendant(s). | CASE NO. CR24-0080-KKE-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND APPEARANCE BOND |

Defendant Nicole Gonzales filed a second motion to amend her pretrial release conditions and appearance bond. Dkt. No. 51. Neither the Government nor Pretrial Services opposes the motion. See Dkt. No. 55.

Having considered Defendant's motion and the remaining record, the Court finds it appropriate to amend Defendant's conditions of release under 18 U.S.C. § 3142(c)(3). The Court therefore GRANTS Defendant's motion (Dkt. No. 51) and amends her pretrial release conditions and appearance bond as follows:

Defendant is granted permission to travel to Portland, Oregon, from 9 a.m. on February 14, 2025, to 9 p.m. on February 17, 2025, to attend her son's basketball tournament.

Dated this 24th day of January, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND APPEARANCE BOND - 1